AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of ____OHIO____

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Paul Alexander Sellers | Case No.   1:09cr106-1 |
|  | USM No.   04947-061 |
|  | Richard Smith-Monahan, Esq. |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   _1-5_   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Violation 1 | new law violation | 3/23/12 |
| Violation 2 | truthful answers | 5/4/12 |
| Violation 3 | use of narcotic | 3/20/12 |
| Violation 4 | substance abuse treatment/participation | 1/10/12 |
| Violation 5 | failure to notify change of address | 5/15/12 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   _1543_

Defendant's Year of Birth:   _1980_

City and State of Defendant's Residence:
_____unknown_____

July 9, 2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Michael R. Barrett, United States District Judge
Name and Title of Judge

July 10, 2012
Date

DEFENDANT: Paul Alexander Sellers
CASE NUMBER: 1:09cr106-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Eight (8) months BOP custody.

X    The court makes the following recommendations to the Bureau of Prisons:
The Defendant be placed at the FMC Lexington, Lextington, Kentucky or a facility nearest the S.D. Ohio.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL